JS-6

1  JEFFREY S. RANEN, SB# 224285
   E-Mail: ranen@lbbslaw.com
2  MEGHAN E. McCORD, SB# 242281
   E-Mail: mccord@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: (213) 250-1800
5  Facsimile: (213) 250-7900

6  Attorneys for Defendant
   RADIO ONE, INC.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JACKI PADDOCK, an individual, | CASE NO. CV10-2384 VBF (SSx) |
| 12         Plaintiff, | The Hon. Valerie Baker Fairbank<br>Courtroom 9 |
| 13         v. | **[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41** |
| 14  RADIO ONE, INC., a Delaware corporation; and DOES 1 through 10, Inclusive, | |
| 15 | |
| 16         Defendant. | |
| 17 | |
| 18  RADIO ONE, INC., a Delaware corporation, | |
| 19 | |
| 20         Counter-Complainant, | |
| 21         v. | |
| 22  JACKI PADDOCK, an individual, | |
| 23         Counter-Defendant. | |

24

25  ///

26  ///

27  ///

28  ///

1  The parties having stipulated and good cause appearing,

2      IT IS ORDERED that this entire action be and hereby is dismissed with
3  prejudice, with all parties to bear their own costs and attorneys' fees.

4      **IT IS SO ORDERED.**

6  Dated: July 16, 2010               _/s/ Valerie Baker Fairbank_____

7                                    Hon. Valerie Baker Fairbank
                                   U.S. District Court Judge


LEWIS
BRISBOIS